In the Matter of the Application of BURRINGTON, CASE & GIBSON, a Corporation, for an Order Confirming Two Certain Awards in Two Certain Controversies between the Petitioner and CHERRY PACKERS CORP., and for Judgment upon Said Awards. BURRINGTON, CASE & GIBSON; CHERRY PACKERS CORP.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

GENERAL INVESTMENT CORPORATION and Others v. HARRY M. ADDINSELL and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

E. ERNEST NITSCHKE and Another v. FLORENCE G. MULLINS.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Petition of METROPOLITAN LIFE INSURANCE COMPANY against NEW YORK STATE LABOR RELATIONS BOARD and Others, INDUSTRIAL INSURANCE AGENTS UNION, LOCAL 30, etc., and Others.— Motion by petitioner for leave to appeal to the Court of Appeals and for a stay granted. [See *ante*, p. 840.] Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the Petition of METROPOLITAN LIFE INSURANCE COMPANY against NEW YORK STATE LABOR RELATIONS BOARD and Others, INDUSTRAL-INSURANCE AGENTS UNION, LOCAL 30, etc., and Others.— Motion by intervenors-appellants for leave to appeal to the Court of Appeals and for a stay granted. [See *ante*, p. 840.] Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Lands and Premises Situated in the Block Bounded by East 124th Street, East 125th Street, First Avenue and the Harlem River, in the Borough of Manhattan, City of New York, Duly Selected as a Site for Park Purposes According to Law. EVA J. ROGERS, Individually and as Executrix, etc., of ESTELLE M. ROSS, Deceased, and HERMAN HARJES, INC. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

M. & C. CREDITORS CORPORATION v. ALEXANDER D. B. PRATT and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of ANGELA D'AURIA against TEACHERS' RETIREMENT BOARD and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.